Elizabeth Rojas
15060 Ventura Blvd.
Suite 240
Sherman Oaks, CA 91403
Telephone: (818) 933-5700
Facsimile: (818) 933-5755

ORIGINAL



FILED
9-11-2009

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# NORTHERN DIVISION

To:      CLERK, U.S. BANKRUPTCY COURT

Re:      UNDISTRIBUTED FUNDS

Debtors:      DEENA LYNNE PETERSON & CHRISTOPHER M PETERSON
484 YORBA LINDA PLACE
CAMARILLO, CA 93012

Case No.:      ND05-12484-RR

Explanation of Source: Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

| Payee: | Amount: |
|---|---|
| DEENA LYNNE & CHRISTOPHER PETERSON<br>484 YORBA LINDA PLACE<br>CAMARILLO, CA 93012 | $ 3.18 |

Dated:     September 10, 2009

Elizabeth Rojas, TRUSTEE

| | | | | | Interest | Principal | Payment |
|---|---|---|---|---|---|---|---|
| Case No. | Reference | Debtor Name(s) | SSN(s) | Balance | Payment | Payment | Amount |
| 0512484 | Claim #: 00000 | DEENA LYNNE PETERSON<br>CHRISTOPHER M PETERSON | 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<br>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 | 0.00 | 0.00 | 3.18 | 3.18 |
| | | TOTALS | | 0.00 | 0.00 | 3.18 | 3.18 |

ELIZABETH F. ROJAS  
CHAPTER 13 TRUSTEE  
15060 VENTURA BLVD.  
SUITE 240  
SHERMAN OAKS, CA 91403  

CLERK OF THE COURT  

Check No.: 0039592  
Check Date: 09/09/2009  
Check Amt: 3.18  

THIS DOCUMENT HAS VISIBLE & INVISIBLE FIBERS DISCERNIBLE FROM BOTH SIDES AND A TRUE WATERMARK

ELIZABETH F. ROJAS  
CHAPTER 13 TRUSTEE  
15060 VENTURA BLVD.  
SUITE 240  
SHERMAN OAKS, CA 91403  

1st Business Bank  
ONE BUNKER HILL BLDG  
601 WEST FIFTH ST.  
16-384 / 1220  

CHECK DATE: Sep 09, 2009  
CHECK NO.: 0039592  
CHECK AMOUNT: $**********3.18  
VOID AFTER 60 DAYS  

PETERSON, DEENA LYNNE  
Case No: 0512484  

PAY ONLY **3.18** THREE PERIOD ONE EIGHT  

PAY TO THE ORDER OF: CLERK OF THE COURT  

VOID OVER $3.18  

*Elizabeth F Rojas*

⑆0039592⑆ ⑈122038442⑈ 001 70762 0⑈